| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 . (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) KAUFFMAN, BRUCE W. | 2. Court or Organization W.S. DISTRICT COURT, EASTERN P | 3. Date of Report 05/05/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address ROOM 5613, U.S. COURTHOUSE 601 MARKET STREET PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. DIRECTOR | FEDERAL JUDGES ASSOCIATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 14 A 11: 51 FINANCIAL DISCLOSURE OFFICE

Kauffman_Bruce_W

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W. | 05/05/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | JUDICIAL RETIREES & SURVIVORS. VESTED PENSION | $137,938.60 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | SELF-EMPLOYED MARKETING DESIGNER (SEE NOTE 10) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. FEDERAL JUDGES ASSOCIATION ANNUAL MEETING | MAY 5, 2008 | WASHINGTON, D.C. | ANNUAL BOARD MEETING | MEALS AND HOTEL |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W. | 05/05/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. EDUCATION SERVICES (SEE NOTE 7) | STUDENT LOAN | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. PENNSYLVANIA BUSINESS BANK - CHECKING | A | Interest | J | T | | | | | |
| 2. PNC BANK (X) | C | Interest | J | T | | | | | |
| 3. SOUTH CAROLINA (X) | A | Interest | J | T | | | | | |
| 4. CITIZENS BANK (X) | B | Interest | J | T | | | | | |
| 5. MOSAIC FUNDS | A | Dividend | J | T | | | | | |
| 6. CANTONE RESEARCH - IRA (SEE NOTE 1) | E | Int./Div. | | | | | | | |
| 7. CANTONE RESEARCH - IRA (SEE NOTE 1) | G | Distribution | M | T | | | | | |
| 8. WOMEN'S INVESTMENT NETWORK (SEE NOTE 13) | A | Int./Div. | J | U | | | J | B | |
| 9. HOLLIDAYSBURG ASSOCIATES, L.P. | B | Distribution | J | U | | | | | |
| 10. HOLLIDAYSBURG LAND ASSOCIATES, LP | | None | J | U | | | | | |
| 11. EVERGREEN INSTITUTION MM FD (SEE NOTE 2) | | | | | | | | | |
| 12. GENERAL ELECTRIC COMPANY | | | | | Sold | 1/14 | J | | |
| 13. SAFEGUARD SCIENTIFIC INC. | | | | | Sold | 1/14 | J | | |
| 14. NUVEEN QUALITY PREFERRED INCOME FUND 2 | | | | | Sold (part) | 1/31 | J | | |
| 15. PUBLIC STORAGE CUMULATIVE PERPETUAL PFD | | | | | Sold | 1/31 | J | | |
| 16. CAROLINA GROUP | | | | | Sold (part) | 1/31 | J | | |
| 17. TRINA SOLAR LTD SPON ADR (X) | | | | | Buy | 1/31 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TRINA SOLAR LTD SPON ADR | | | | | Sold (part) | 1/31 | J | | |
| 19. SOUTHERN COPPER CORP (X) | | | | | Buy | 1/31 | K | | |
| 20. SOUTHERN COPPER CORP | | | | | Sold (part) | 1/31 | J | | |
| 21. ANNALY MTG MGMT REIT | | | | | Sold (part) | 1/31 | J | | |
| 22. GENL MOTORS ACCEPTANCE NOTES | | | | | Sold (part) | 1/31 | K | | |
| 23. FIRST TRUST HIGH YIELD C/E PORT | | | | | Sold | 1/31 | K | | |
| 24. CALL CAROLINA GROUP | | | | | Buy (add'l) | 1/31 | J | | |
| 25. GENERAL MOTORS ACCEPT CORP FLOATING RTE SMARTNOTES | | | | | Sold (part) | 2/06 | K | | |
| 26. CAROLINA GROUP | | | | | Sold (part) | 3/5 | K | | |
| 27. CAROLINA GROUP | | | | | Buy (add'l) | 3/5 | J | | |
| 28. ANNALY MTG MGMT | | | | | Sold | 4/9 | K | | |
| 29. BONAVISTA ENERGY TRUST | | | | | Sold (part) | 4/9 | K | | |
| 30. CAROLINA GROUP | | | | | Sold | 4/9 | K | | |
| 31. NUVEEN QUALITY PREFERRED IN COME FUND 2 | | | | | Sold | 4/9 | K | | |
| 32. TRINA SOLAR LTD SPON ADR | | | | | Buy (add'l) | 4/9 | J | | |
| 33. TRINA SOLAR LTD SPON ADR | | | | | Sold | 4/9 | K | | |
| 34. CAROLINA GROUP | | | | | Buy (add'l) | 4/9 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ANNALY MGT MGMT | | | | | Buy | 4/9 | J | | |
| 36. THOMSON PLASTICS, INC. (SEE NOTE 3) | | | | | | 4/29 | J | | |
| 37. CAROLINA GROUP | | | | | Buy (add'l) | 5/12 | J | | |
| 38. LOEWS CORPORATION/CHG CAROLINA GROUP STOCK (SEE NOTE 4) | | | | | | 5/6 | J | | |
| 39. LORILLARD INC FMGR FR LOEWS CORP (SEE NOTE 4) | | | | | | 5/6 | J | | |
| 40. SOUTHERN COPPER CORP (SEE NOTE 5) | | | | | Distributed (part) | 7/10 | J | | |
| 41. LORILLARD INC. | | | | | Sold (part) | 7/11 | J | | |
| 42. SOUTHERN COPPER CRP | | | | | Sold (part) | 9/22 | J | | |
| 43. LORILLARD INC | | | | | Sold (part) | 11/20 | J | | |
| 44. SOUTHERN COPPER CRP | | | | | Sold (part) | 11/20 | J | | |
| 45. LORILLARD INC (SEE NOTE 1) | | | | | Buy (add'l) | 11/20 | J | | |
| 46. SOUTHERN COPPER CRP (SEE NOTE 1) | | | | | Buy (add'l) | 11/20 | J | | |
| 47. PENN MUTUAL LIFE INSURANCE ANNUITY DISTUBUTION (SEE NOTE 6) | D | Distribution | J | T | | | | | |
| 48. FIRST TRUST SENIOR LOAN HIGH YIELD (SEE NOTE 1) | | | | | | | | | |
| 49. BONAVISTA ENERGY TRUST (SEE NOTE 1) | | | | | | | | | |
| 50. ENTERRA ENERGY TRUST (SEE NOTE 1) | | | | | | | | | |
| 51. EMERGE INTERACTIVE, INC. (SEE NOTE 1) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HEALTHFUSION.COM (SEE NOTE 1) | | | | | | | | | |
| 53. CSP DEBT ACCOUNT LLC | B | Distribution | J | U | | | | | |
| 54. THIFT SAVINGS PLAN (X) (SEE NOTE 11) | E | Distribution | J | U | | | | | |
| 55. EVERGREEN US GOVT MONEY MARKET FD CL A (SEE NOTE 2) (X) | | | | | | | | | |
| 56. HOLLIDAYSBURG ASSOCIATES, L.P. (SEE NOTE 14) | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| KAUFFMAN, BRUCE W. | 05/05/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) FROM 2008 REPORT, PART VII, LINE 6,7 - SAME ACCOUNT. BROKEN OUT TO SHOW DIFFERENT ASPECTS OF INCOME. TOTAL VALUE OF ACCOUNT REPORTED ON LINE 7. LINES 45,46,48,49,50,51,52 SHOW THE INDIVIDUAL ASSETS THAT MAKE UP THE TOTAL VALUE OF THE ACCOUNT AT THE END OF 2008.

2.) FROM 2008 REPORT, PART VII, LINE 11 AND LINE 55, EVERGREEN INSTITUION MM FD - MONEY MARKET ACCOUNT USED TO HOLD IDLE CASH.

3.) FROM 2008 REPORT, PART VII, LINE 36, TRANSFERRED FROM PREVIOUS CUSTODIAN/TRUSTEE.

4.) FROM 2008 REPORT, PART VII, LINE 38 AND 39, LOEWS CORPORATION MEGER WITH LORILLARD INC.

5.) FROM 2008 REPORTS, PART VII, LINE 40, STOCK DISTRIBUTION.

6.) FROM 2007 REPORT, PART III, LINE 1, THE INFORMATION FOR PENN MUTUAL LIFE INSURANCE IS NOW BIENG REPORTED IN PART VII ON LINE 47.

7.) FROM 2007 REPORT, PART VI, LINE 1, THE COMPANY NAME TO WHOM THE DEBT IS OWED IS NOW EDUCATION SERVICES. THIS IS FOR NAMES SAKE ONLY AND THE DEBT HAS NOT BEEN REFINANCIED AND NO NEW STUDENT LOAN DEBT HAS BEEN INCURRED.

8.) FROM 2007 REPORT, PART VI, LINE 2, AS NOTED IN PREVIOUS REPORT THIS DEBT WAS PAID IN FULL DURING 2007. IT HAS BEEN REMOVED FROM THIS REPORT.

9.) FROM 2007 REPORT, PART VIII, LINE 33. THERE IS NO LONGER AN INVESTMENT INTEREST IN HPH-POPULAR STREET ASSOCIATES LP. THIS INVESTMENT HAS BEEN REMOVED FROM THE REPORT.

10.) FROM 2008 REPORT, PART III-B, LINE 1, SELF-EMPLOYED MARKETING DESIGNER - DURING THE YEAR THIS COMPANY MADE A DIVIDEND DISTRUBTUION OF $10,000

11.) FROM 2008 REPORT, PART VII, LINE 54, ASSET HAS BEEN DISTRIBUTED ENTIRELY IN 2008. THIS WILL NOT APPEAR ON FUTURE REPORTS.

12.) FROM 2007 REPORT, LINE 37, THERE IS NO LONGER MONEY DEPOSITED WITH CAPE SAVINGS BANK. THE INVESTMENT INCOME HAS BEEN REMOVED FROM THIS REPORT.

13.) FROM 2008 REPORT, PART VII, LINE 8, GAIN BIENG REPORTED IS A RESULT A CAPITAL GAIN ON THE ASSET. THIS ASSET WAS NOT SOLD DURING THE YEAR.

14.) FROM 2008 REPORT, PART VII, LINE 56, ASSET IS REPORTED ON BOTH LINE 9 AND LINE 56. LINE 9 SHOWS THE DISTRIBUTION WHICH WAS RECEIVED DURING THE YEAR AND LINE 56 SHOWS THE AMOUNT OF INTEREST EARNED.

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W. | 05/05/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544